No. 1056. PIERETTI, ETC., APPELLEE, v. RIVERA, APPEL-LANT.—Filiation and support. Ponce. May 16, 1916. Appeal dismissed.

No. 1042. THE PEOPLE, APPELLEE, v. OCHART, APPELLANT.—Slander. Guayama. May 17, 1916. Judgment affirmed.

No. 1046. THE PEOPLE, APPELLEE, v. CIURÓ ET AL., APPEL-LANTS.—Crime against public justice. San Juan, Section 2. May 18, 1916. Judgment reversed and defendants discharged.

No. 1446. DÍAZ ET AL., APPELLEES, v. CIVIDANES, APPEL-LANT.—Judicial administration. (Temporary appointment of administrator.) Guayama. May 18, 1916. Appeal dismissed.

No. 1043. THE PEOPLE, APPELLEE, v. ALLENDE, APPEL-LANT.—Aggravated assault and battery. San Juan, Section 2. May 22, 1916. Judgment affirmed.

No. 1508. PIERALDI ET AL., APPELLEES, v. SUCCESSION OF CU-RET, APPELLANT.—Liquidation of agricultural partnership, etc. Ponce. May 23, 1916. Appeal withdrawn.

No. 1476. ESTRUCH, APPELLANT, v. LAGUÁ ET AL., APPEL-LEES.—Nullity of deeds. Ponce. May 23, 1916. Appeal dismissed.

No. 1013. THE PEOPLE, APPELLEE, v. COBIÁN, APPELLANT.—False representation.